STATE OF NEW JERSEY v. DARNELL MOTON.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LINWOOD BREWSTER.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL MILLER.

July 11, 1985.

Petition for certification denied.

ANNA LOMBARDI v. FIRST UNITED METHODIST CHURCH.

July 11, 1985.

Petition for certification denied.

DORANNE DIMITRAKOPOULOS v. VASILI
DIMITRAKOPOULOS.

July 11, 1985.

Petition for certification denied.